**Dismissed and Memorandum Opinion filed November 26, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00806-CV

## TIM WILSON, SR., Appellant

## V.

## JOHN F. NICHOLS, SR. AKA NICHOLS LAW FIRM, PLLC AND MATTHEWS LAWSON, PLLC, Appellees

**On Appeal from the County Court at Law**
**Waller County, Texas**
**Trial Court Cause No. 10-06-20425**

### M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed August 12, 2013. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On October 14, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within

fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Donovan, and Brown.